# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>vs.<br><br>Alessix Dan Sanchez-De La Luz (2),<br><br>                           Defendant. | Case No. 18-cr-797-H<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information and Superseding Information:

21:841(a)(1); 18:2 - Possession of Cocaine with Intent to Distribute (Felony); Aiding and Abetting (Felony)

Dated: 3/29/2018

*Barbara F. Major*
Hon. Barbara L. Major
United States Magistrate Judge